**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*3:53 pm, Jul 17, 2018*
**JEFFREY P. COLWELL, CLERK**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   18-cr-00331-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO DANIEL-ZEFERINO,
*A.K.A. Juan Carlos Delacruz, Juan Carlos Serrano,*

    Defendant.

---

### INDICTMENT
### 8 U.S.C. § 1326(a), (b)(1)
### Illegal Re-entry After Deportation

---

The Grand Jury charges:

### COUNT 1

On or about June 25, 2018, in the State and District of Colorado, the defendant, RICARDO DANIEL-ZEFERINO, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about April 25, 2015, and without the express consent of the proper legal authority to reapply for admission to the United States.  All in violation of Title 8, United States Code, Section 1326(a).

## **NOTICE OF ENHANCED PENALTY**

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(1) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for a felony offense.

                                  A TRUE BILL

                                  <u>s/ Ink signature on file in Clerk's Office</u>
                                  FOREPERSON

ROBERT C. TROYER
United States Attorney


By: *s/ Pete Hautzinger*
PETE HAUTZINGER
Assistant United States Attorney
United States Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, Colorado 81501
Telephone: (970) 241-3843
Fax: (970) 248-3630
E-mail: Peter.Hautzinger@usdoj.gov
Attorney for the United States